Appeal No. 19672 from Judgment dated April 22, 1992, Frank Allison Russell, Ruling Judge, Lee County Circuit Court.
Jackson M. Brown, Starkville, Clive A. Stafford Smith, New Orleans, LA, for Appellant.
Michael C. Moore, Attorney General, Jeffrey A. Klingfuss, Sp. Asst. Attorney General, Jackson, for Appellee.
Before THOMAS, P.J., and KING and MeMILLIN, JJ.
Affirmed.
FRAISER, C.J., BRIDGES, P.J., and BARBER, COLEMAN, DIAZ, PAYNE and SOUTHWICK, JJ., concur.